

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 1, 2024

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

   Re: *Koch* et al. *v. Federal Bureau of Investigation*, No. 22 Civ. 4421 (JSR)

Dear Judge Rakoff:

  I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendant in the above-referenced matter. The reason for this request is that the undersigned has been nominated by President Biden to the District Court for the Southern District of New York. The Government will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York who has appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record. I thank the Court for its consideration of this request.

               Respectfully,

               DAMIAN WILLIAMS
               United States Attorney

             By: */s/ Jeannette A. Vargas*
               JEANNETTE A. VARGAS
               Assistant United States Attorney
               (212) 637-2768
               Jeannette.vargas@usdoj.gov

cc: Counsel for Plaintiff (by ECF)