UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
WILLIAM I. KOCH & BRADLEY
GOLDSTEIN,

          Plaintiffs,

     -v-

FEDERAL BUREAU OF
INVESTIGATIONS,

          Defendant.
```

22-cv-4421 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On May 1, 2024, both parties submitted letters indicating that if the Court granted one more extension of the summary judgment briefing schedule, neither side would seek any further extensions. See Def. Status Report, ECF No. 24; Pls. Status Report, ECF No. 25. Based on that representation, the Court grants the request to extend the summary judgment briefing schedule. The new schedule is as follows. With respect to any motion for summary judgment filed by defendant, initial moving papers are due Tuesday, September 24, 2024, responsive papers are due Tuesday, October 8, 2024, and reply papers are due Tuesday, October 15, 2024. With respect to any motion for summary judgment filed by plaintiffs, initial moving papers are due Tuesday, October 8, 2024, responsive papers are due Tuesday, October 15, 2024, and reply papers are due Tuesday, October 22, 2024. Oral argument on any motions will be set for Tuesday, October 29, 2024 at 4 P.M.

SO ORDERED.

New York, NY
May 2 , 2024

JED S. RAKOFF, U.S.D.J.